UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>  v.<br><br>OSCAR CARDENAS,<br><br>      Defendant. | CASE NO. 1:24-MJ-00096-SAB<br><br>**UNSEALING ORDER** |

  Good cause due to the defendant's pending Initial Appearance on the out of district Supervised Release Violation Petition in the Eastern District of California, it is hereby ordered that the out of district Supervised Release Violation Petition and related court filings in the above matter, be UNSEALED.

IT IS SO ORDERED.

Dated:  **August 23, 2024**

                   UNITED STATES MAGISTRATE JUDGE